Appeal from Circuit Court, Cullman County; Osceola Kyle, Judge.

BRICKEN, P. J. ·Appeal dismissed.

(94 South. 924)

COLLINS v. STATE. (1 Div. 473.) (Court of Appeals of Alabama. Dec. 19, 1922.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge.

SAMFORD, J. Affirmed

MERRITT, J., not sitting.

(94 South. 924)

COLLINS v. STATE. (1 Div. 488.) (Court of Appeals of Alabama. Dec. 19, 1922.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge.

SAMFORD, J. There being no bill of exceptions, and no error apparent in the record, the judgment is affirmed. Affirmed. /

MERRITT, J., not sitting.

(98 South. 922)

Louis E. COLLINS v. STATE. (6 Div. 340.) (Court of Appeals of Alabama. Jan. 22, 1924.) Appeal from Circuit Court, Jefferson County: Walter B. Jones, Judge. M. B. Grace, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., O. B. Cornelius, Asst. Atty. Gen., and Jim Davis, Sol., of Birmingham, for, the State.

BRICKEN, P. J. Reversed and remanded, on authority of Collins v. State (Court of Appeals, 6 Div. 341) ante, p. 516, 98 South. 488.

(95 South. 923)

CONRAD v. STATE. (4 Div. 748.) (Court of Appeals of Alabama. Feb. 6, 1923.) Appeal from Circuit Court, Houston County; H. A. Pearce, Judge.

SAMFORD, J. Affirmed.

(95 South. 923)

COPELAND v. STATE. (7 Div. 819.) (Court of Appeals of Alabama. Jan. 30, 1923.) Appeal from Circuit Court, Etowah County; Woodson J. Martin, Judge. E. O. McCord & Son, of Gadsden, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Affirmed.

(94 South. 924)

Ex parte DANIEL. (6 Div. 156.) (Court of Appeals of Alabama. Nov. 30, 1922.) Original petition for writ of habeas corpus.

PER CURIAM. James E. Daniel is confined in the Bryce Hospital for the Insane, and brings his original petition for writ of habeas corpus. Dismissed for want of prosecution.

(99 South. 925)

H. R. DAVIS v. FIRST NATIONAL BANK OF DOZIER. (4 Div. 866.) · (Court of Appeals of Alabama. April 15, 1924.) Appeal from Circuit Court, Crenshaw County; Ar-thur E. Gamble, Judge. James J. Mayfield, of Montgomery, and Ira B. Thompson, of Luverne, for appellant. Frank B. Bricken, of Luverne, for appellee.

SAMFORD, J. The appeal in this cause was taken March 12, 1923. Record filed in this court October 11, 1923. · There are no assignments of error, and no briefs have been filed. The motion to dismiss is granted. Appeal dismissed.

(95 South. 924)

DAVIS v. LONDON. (8 Div. 964.) (Court of Appeals of Alabama. Feb. 6, 1923.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge.

BRICKEN, P. J. Affirmed. .

(95 South. 924)

DAVIS v.·STATE.·· (5 Div. 445.) (Court of Appeals of Alabama. Jan. 9, 1923.) Appeal from Circuit Court, Chilton County; B. K. McMorris, Judge.

SAMFORD, J. Appeal dismissed.

(94 South. 924)

DE LAPP v. RHODES–CARROLL FURNITURE CO. (6 Div. 81.) (Court of Appeals of Alabama. Nov. 30, 1922.) Appeal from Circuit Court, Jefferson County; Richard V. Evans, Judge. A. L. Brown and A. Latady, both of Birmingham, for appellant. Beddow & Oberdorfer, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(98 South. 923)

DENNIS v. STATE. . (1 Div. 561.) · (Court of Appeals of Alabama. Feb. 5, 1924.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.. Prosecution for burglary.

BRICKEN, P. J. Appeal dismissed upon motion of appellant.

(94 South. 924)

DIGGS v. STATE. (1 Div. 476.) (Court of Appeals of Alabama. Nov. 21, 1922.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge.

SAMFORD, J. Affirmed.

(94 South. 924)

DIGGS v. STATE. (1 Div. 506.) (Court of Appeals of Alabama. Nov. 21, 1922.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge.

SAMFORD, J. Affirmed.

(94 South. 924)

DOUGLAS v. STATE. · (6 Div. 120.) (Court of Appeals of Alabama. Dec. 19, 1922.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge. Roger Snyder, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Defendant was convicted of robbery, and sentenced to 10 years' impris-